NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VEHICLE INTERFACE TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

**v.**

**JAGUAR LAND ROVER NORTH AMERICA LLC,**
*Defendant-Appellee*

---

2016-2537, 2016-2538

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-01285-RGA, 1:14-cv-00339-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

ROBERT E. FREITAS, Freitas Angell & Weinberg LLP, Redwood City, CA, argued for plaintiff-appellant. Also represented by DANIEL J. WEINBERG, JOSHUA YOUNG.

GABRIEL BELL, Latham & Watkins LLP, Washington, DC, argued for defendant-appellee. Also represented by MATTHEW J. MOORE, JAMES BENDER; CLEMENT J. NAPLES, New York, NY; LISA K. NGUYEN, Menlo Park, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* TARANTO and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| June 13, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |